# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INTERNET ARCHIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN JAY HOFFMAN, Attorney General of the State of New Jersey; *et al*,<br><br>    Defendants, in their official capacities. | Civil Action No.:<br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO PREVENT ENFORCEMENT OF N.J.S.A. § 2C:13-10**<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS MATTER** having been brought before the Court by Plaintiff, through its counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L.Cv. R. 65.1, and upon the Complaint, Declarations and Memorandum of Law submitted herewith the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown.

**IT IS** on this _____ day of _____ , 2013,

**ORDERED** that the Defendants appear and show cause on the _____ day of _____, 2013, before the United States District Court for the District of New Jersey, Hon. _____, at the _____ US Courthouse, located at _____, New Jersey _____, at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why an Order should not be entered;

1. Preliminarily enjoining and restraining the Defendants from enforcement of P.L. 2013, c.51, § 12(b)(1);

2. Granting such other relief as the Court deems equitable and just.

And it is further **ORDERED** that:

1. Pending further hearing on this Order to Show Cause, defendants are temporarily enjoined and restrained from enforcement of P.L. 2013, c. 51, § 12(b)(1).

2. A copy of this Order to Show Cause, Complaint, supporting affidavits, declarations or certifications, and Memorandum of Law submitted in support of this application, together with a summons, shall be served upon the Defendants personally within _____ days of the date hereof, in accordance with FRCP 4.

3. The Plaintiff must file with the Court its proof of service of the pleadings on the Defendants no later than three (3) days before the return date.

4. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2013. You must send a courtesy copy of your opposition papers directly to Judge _____, whose address is: _____, New Jersey _____.

5. The Plaintiff must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____, 2013. A courtesy copy of the reply papers must be sent directly to the chambers of Judge _____.

6. If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

7. If the Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

8. The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

                                                  United States District Court Judge