**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE INTERNET ARCHIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN JAY HOFFMAN, Attorney General of the State of New Jersey; et al,<br><br>    Defendants, in their official capacities. | Civil Action No.:   13-3953 |

**NOTICE OF MOTION FOR <u>PRO HAC VICE</u> ADMISSION**

    Frank L. Corrado
    fcorrado@capelegal.com
    BARRY, CORRADO & GRASSI, PC
    2700 Pacific Avenue
    Wildwood, NJ  08260
    Telephone:  (609) 729-1333
    Fax:  (609) 522-4927

    Matthew Zimmerman
    mattz@eff.org
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA  94109
    Telephone:  (415) 436-9333
    Fax:  (415) 436-9993

    *Attorneys for Plaintiff Internet Archive*

TO:     All Defendants

PLEASE TAKE NOTICE that Frank L. Corrado, Esquire, attorney for plaintiff The Internet Archive will apply to the above-named Court on August 5, 2013, at 9 a.m. or at a time to be determined by the Court, for an Order admitting Matthew Zimmerman, Esquire, a member in good standing of the California bar, to practice pro hac vice for purposes of providing legal counsel to plaintiff The Internet Archive in this case.

In support of this motion, plaintiff will rely on the attached Affidavit of Matthew Zimmerman, Esquire, submitted pursuant to L.Cv.R. 101.1(c).

                            BARRY, CORRADO & GRASSI, PC

DATE: 6/26/13          By:     _s/Frank L. Corrado_____
                                         FRANK L. CORRADO, ESQUIRE
                                         Attorney for Plaintiff