# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INTERNET ARCHIVE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN JAY HOFFMAN, Attorney General of the State of New Jersey; *et al*,<br><br>　　　Defendants, in their official capacities. | Civil Action No.:　13-3953 |

## DECLARATION OF MATTHEW ZIMMERMAN
## IN SUPPORT OF *PRO HAC VICE* APPLICATION

Frank L. Corrado
fcorrado@capelegal.com
BARRY, CORRADO & GRASSI, PC
2700 Pacific Avenue
Wildwood, NJ  08260
Telephone:  (609) 729-1333
Fax:  (609) 522-4927

Matthew Zimmerman
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

*Attorneys for Plaintiff Internet Archive*

Matthew Zimmerman, being of full age, hereby depose and say:

1. I am an attorney at law, employed by the Electronic Frontier Foundation, whose offices are located at 815 Eddy St., San Francisco, California, 94109. I submit this certified statement in support of my motion to be admitted *pro hac vice* to the bar of this Court for the purpose of appearing in this case.

2. Following is a list of each bar of which I am a member, including the year of my admission:

- California: admitted 2001
- US District Court for the Northern District of California: 2001
- US District Court for the Central District of California: 2011
- US District Court for the Southern District of California: 2011
- US District Court for the Eastern District of California: 2011
- Ninth Circuit Court of Appeals: 2001
- Fifth Circuit Court of Appeals: 2011
- US Supreme Court: 2005

3. I am a member in good standing of each of the listed bars. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has ever been imposed on me in any jurisdiction.

4. I acknowledge my obligation during the period of any *pro hac vice* admission promptly to advise the Court of the institution of any new disciplinary proceedings.

5. I understand that any *pro hac vice* admission will require me to make a prescribed annual payment to the New Jersey Lawyers' Fund for Client Protection, and I affirm I will make that payment if admitted.

6. I further understand that any pro hac vice admission will require me to make a $150 payment to the Clerk of this Court, and I affirm I will make that payment if admitted.

2

      7.    Frank L. Corrado, Esq., a member of the bar of this Court, has entered his appearance as counsel of record in this matter, and he will promptly notify me of receipt of all notices, orders and pleadings served upon him in this matter.

      8.    I understand and acknowledge that if admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of this Court.

      Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2013, in San Francisco, California.

_____
MATTHEW ZIMMERMAN