# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INTERNET ARCHIVE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN JAY HOFFMAN, Attorney General of the State of New Jersey; et al,<br><br>　　　Defendants, in their official capacities. | Civil Action No.:　13-3953 |

## STATEMENT IN LIEU OF BRIEF

　　　　　　　　　　　　　　　　　Frank L. Corrado
　　　　　　　　　　　　　　　　　fcorrado@capelegal.com
　　　　　　　　　　　　　　　　　BARRY, CORRADO & GRASSI, PC
　　　　　　　　　　　　　　　　　2700 Pacific Avenue
　　　　　　　　　　　　　　　　　Wildwood, NJ  08260
　　　　　　　　　　　　　　　　　Telephone:  (609) 729-1333
　　　　　　　　　　　　　　　　　Fax:  (609) 522-4927

　　　　　　　　　　　　　　　　　Matthew Zimmerman
　　　　　　　　　　　　　　　　　mattz@eff.org
　　　　　　　　　　　　　　　　　ELECTRONIC FRONTIER FOUNDATION
　　　　　　　　　　　　　　　　　815 Eddy Street
　　　　　　　　　　　　　　　　　San Francisco, CA  94109
　　　　　　　　　　　　　　　　　Telephone:  (415) 436-9333
　　　　　　　　　　　　　　　　　Fax:  (415) 436-9993

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Internet Archive*

This matter is before the Court on the motion of plaintiff Internet Archive for the admission pro hac vice of Matthew Zimmerman, Esquire, to the bar of the Court.  See L. Cv. R. 101.1(c).  Pursuant to L. Cv. R. 7.1(d)(4), plaintiff avers that no brief is necessary on this motion because the information required by L. Cv. R. 101.1(c) for the Court's determination is found in the accompanying Declaration of Matthew Zimmerman, Esquire, which plaintiff submits in support.

Respectfully submitted,

BARRY, CORRADO & GRASSI, PC

DATE: 6/26/13          By:     _s/Frank L. Corrado_____
                                FRANK L. CORRADO, ESQUIRE
                                Attorney for Plaintiff

1